374 A.2d 699

Commonwealth v. Borris, Appellant.

Argued April 15, 1977. Simon B. John, Assistant Public Defender, for appellant; J. Ferers, Assistant District Attorney, with him Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.